*George P. Peabody* v. *Harley Thomas et al. The same* v. *Francis Hungerford et al.* T. Jenkins, for complainant, T. Barlow, for F. Hungerford. Decided that a person who

Liability of pur-
chaser of the
equity of re-
demption in
mortgaged pre-
mises. purchases and takes a conveyance of land subject to a mort-
gage thereon, without any agreement on his part to pay off
and discharge such mortgage, only takes the land subject to
the charge thereon ; and if he neglects to pay off the charge
he will lose his land, by the foreclosure and sale ; or will on -
ly be entitled to the surplus, if any, after paying the mort-
gage debt and the expenses of foreclosure.   But that the
mortgagee cannot have any personal claim against him, for
the deficiency, unless he has made an agreement to pay the
mortgage debt, either with the mortgagee himself or with some
one who is legally or equitably bound to pay such debt to the
mortgagee.

Order discharging enrolment of decree, in foreclosure suit,
and amending the decree *nunc pro tunc*, as of the time it was
originally entered, and setting aside the execution issued
against Hungerford, for irregularity, with $15 costs.   Order
in second suit, giving defendant, F. Hungerford, ninety days,
and to the other defendants sixty days, to answer the bill in
that cause; and that suit be discontinued on payment of the
amount of the judgment and costs within thirty days.